**FILED**
AUG - 5 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUSTAFA AHMED ADAM AL HAWSAWI<br><br>Detainee, Guantanamo Bay, Cuba,<br><br>　　　　　　　　　　　Petitioner,<br>　　v.<br><br>BARACK H. OBAMA, II<br>　President of the United States<br>　The White House<br>　1600 Pennsylvania Avenue, N.W.<br>　Washington, D.C. 20500;<br><br>ASHTON B. CARTER<br>　Secretary of Defense of the United States<br>　1000 Defense Pentagon<br>　Washington, D.C. 20301-1000;<br><br>BRIG. GEN. JOSE R. MONTEAGUDO<br>　Commander, Joint Task Force- GTMO<br>　JTF-GTMO<br>　APO AE 09360;<br><br>COL. DAVID E. HEATH<br>　Commander, Joint Detention<br>　Operations Group – JTF-GTMO<br>　APO AE 09360; and<br><br>JOHN DOE<br>　Commander, Detention Camp 7<br>　JTF-GTMO<br>　APO AE 09360;<br><br>　　　　　　　　　　　Respondents. | CIVIL ACTION<br>(HABEAS CORPUS)<br><br>Filed with Classified<br>Information Security Officer<br>CISO _____<br>Date    8/3/15<br><br>Case: 1:15-cv-01257<br>Assigned To : Leon, Richard J.<br>Assign. Date : 8/5/2015<br>Description: Habeas Corpus/2255 (G) |

1