**FILED**

AUG - 5 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MUSTAFA AHMED ADAM AL
HAWSAWI

    Detainee, Guantanamo Bay, Cuba,

                              Petitioner,

    v.

BARACK H. OBAMA, II
    President of the United States
    The White House
    1600 Pennsylvania Avenue, N.W.
    Washington, D.C. 20500;

ASHTON B. CARTER
    Secretary of Defense of the United States
    1000 Defense Pentagon
    Washington, D.C. 20301-1000;

BRIG. GEN. JOSE R. MONTEAGUDO
    Commander, Joint Task Force- GTMO
    JTF-GTMO
    APO AE 09360;

COL. DAVID E. HEATH
    Commander, Joint Detention
    Operations Group – JTF-GTMO
    APO AE 09360; and

JOHN DOE
    Commander, Detention Camp 7
    JTF-GTMO
    APO AE 09360;

                              Respondents.

CIVIL ACTION
(PRELIMINARY INJUNCTION)

Filed with Classified
Information Security Officer

CISO _____
Date _____ 8/3/15

Case: 1:15-cv-01257
Assigned To : Leon, Richard J.
Assign. Date : 8/5/2015
Description: Habeas Corpus/2255 (G)

**RECEIVED**

AUG - 4 2015

Clerk, U.S. District and
Bankruptcy Courts

1